**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS, a California nonprofit corporation; and KAISER FOUNDATION HEALTH PLAN, INC., a California nonprofit corporation; HPNV HOLDCO, INC., a Nevada nonprofit corporation; KAISER FOUNDATION HEALTH PLAN NEVADA, INC., a Nevada nonprofit corporation; KAISER INSURANCE COMPANY OF NEVADA, a Nevada nonprofit corporation,<br><br>Plaintiffs<br><br>v.<br><br>HIGHTAIL AIR CHARTER, LLC, dba Chronos Air Group, a Delaware limited liability company; OPTIMUMEDICINE LLC, dba Optimum, a Nevada limited liability company,<br><br>Defendants | Case No.: 2:26-cv-02511-APG-NJK<br><br>**Order Granting Motion for Deposit of Funds**<br><br>[ECF No. 12] |

The defendants are in the midst of a dispute about accounts receivable. The plaintiffs (collectively, Kaiser) are holding funds that would be payable to one of the defendants depending on how that dispute resolves. Kaiser moves to interplead the funds it is holding and for permission to interplead additional disputed funds in the future. ECF No. 12. Neither of the defendants has appeared in this case, so neither has opposed Kaiser's motion. The motion is permitted under 28 U.S.C. § 1335 and Federal Rule of Civil Procedure 67 and is supported by good cause. So I grant the motion, subject to the defendants moving to reconsider this order should that become necessary.

I THEREFORE ORDER that the disputed funds the plaintiffs are holding, in the amount of approximately $99,342.00, be deposited with the Court Registry Investment System (CRIS) Disputed Ownership Fund (DOF).

I FURTHER ORDER that the plaintiffs may deposit into the DOF any additional disputed funds that arise, to be added to the initially deposited funds.

I FURTHER ORDER the plaintiffs to submit a completed Certificate of Cash Deposit each time funds are submitted to the court.

I FURTHER ORDER that these deposits are subject to the plaintiffs' claim for attorneys' fees and costs, which will be resolved at a later date.

DATED this 7th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE